Stevie Wyre #1858012
Eastham Unit
2665 Prison Rd. #1
Lovelady, Texas 75851

83,236-01

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 16 2015

Abel Acosta, Clerk
October 9, 2015

Abel Acosta "Clerk"
Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin, Texas 78711

RE:    To WR-83,236-01, Application was dismissed on 7/22/15
"Do to a Mandate issuing", Applicant Requesting to
Re-Submitted, Application for 11.07 Habeas Corpus.

Dear Clerk,

Applicant received a copy of the Mandate on
October 1, 2015. Applicant, is informing this Honorable Court
of the Re-submitting of the Application for Writ of
Habeas Corpus that was mail to the 179th District Court
of Harris County on October 7, 2015 in Cause NO. Tel. Ct.
1364440-A.

Sincerely,
Stevie Wyre #1858012
Stevie Wyre #1858012
cc/